DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, AZ Bar # 016370
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
VICENTE MADRIGAL-MADRIGAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-10-0206-GEB |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| VICENTE MADRIGAL-MADRIGAL, | |
| Defendant. | Date: July 23, 2010<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell |

IT IS HEREBY STIPULATED between the parties, Michael Anderson, Assistant United States Attorney, and Douglas J. Beevers, Assistant Federal Defender, attorney for defendant VICENTE MADRIGAL-MADRIGAL, that the status conference of July 16, 2010 at 9:00 a.m., be vacated, and the matter be set for status conference on July 23, 2010 at 9:00 a.m.

The reason for the continuance is to allow the parties additional time to negotiate a resolution in this matter. The parties agree a continuance is necessary for this purpose, and agree to exclude time under the Speedy Trial Act accordingly.

1   IT IS STIPULATED that the period from the signing of this Order, up
2  to and including July 23, 2010, be excluded in computing the time within
3  which trial must commence under the Speedy Trial Act, pursuant to 18
4  U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for ongoing preparation of
5  counsel.
6  Dated: July 13, 2010
7                                          Respectfully submitted,
8                                          DANIEL BRODERICK
   Federal Defender
9
10                                         */s/ Douglas Beevers*
                                           _____
11                                         DOUGLAS BEEVERS
                                           Assistant Federal Defender
12                                         Attorney for Defendant
                                           BRET LEE HARTMAN
13
14  Dated: July 13, 2010
15                                         BENJAMIN B. WAGNER
                                           Acting United States Attorney
16
17                                         */s/ Michael Anderson*
                                           _____
18                                    By:  MICHAEL ANDERSON
                                           Assistant U.S. Attorney
19
20
21                                  **ORDER**
22   UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
23  ordered that the status conference presently set for July 16, 2010, be
24  continued to July 23, 2010 at 9:00 a.m.  Based on the representation of
25  defense counsel and good cause appearing therefrom, the Court hereby
26  finds that the failure to grant a continuance in this case would deny
27  defendant reasonable time necessary for effective preparation, taking
28  into account the exercise of due diligence.  The Court finds that the

1 ends of justice to be served by granting a continuance outweigh the
2 best interests of the public and the defendant in a speedy trial.  It
3 is ordered that time from the date of this Order, to and including, the
4 July 23, 2010 status conference shall be excluded from computation of
5 time within which the trial of this matter must be commenced under the
6 Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local
7 Code T-4, to allow defense counsel time to prepare.

Dated:  July 15, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip and Order                           -3-