```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, USVI #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
VICENTE MADRIGAL-MADRIGAL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>            Plaintiff,              )<br>                                    )<br>       v.                           )<br>                                    )<br>VICENTE MADRIGAL-MADRIGAL ,         )<br>                                    )<br>            Defendant.              )<br>_____) | No. CR-10-0206-GEB<br><br>STIPULATION AND [PROPOSED] ORDER TO<br>CONTINUE STATUS CONFERENCE<br><br>Date:  September 10, 2010<br>Time:  9:00a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

    IT IS HEREBY STIPULATED between the parties, Michele Beckwith, Assistant United States Attorney, and Douglas J. Beevers, Assistant Federal Defender, attorney for defendant VICENTE MADRIGAL-MADRIGAL, that the status conference of September 3, 2010 at 9:00 a.m., be vacated, and the matter be set for status conference on September 10, 2010 at 9:00 a.m.

    The reason for the continuance is because the defendant recently had surgery on his head and he is taking pain medications which interferes with his concentration, and he will not be ready to plead guilty until next week.  His condition has improved substantially since last week. The

parties agree a continuance is necessary for this purpose, and agree to exclude time under the Speedy Trial Act accordingly.

IT IS STIPULATED that the period from the signing of this Order, up to and including September 10, 2010, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for ongoing preparation of counsel.

Dated: September 2, 2010

                                        Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender

                                        */s/ Douglas Beevers*
                                        _____
                                        DOUGLAS BEEVERS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        VICENTE MADRIGAL-MADRIGAL

Dated:    September 2, 2010

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                        */s/ Michele Beckwith*
                                        _____
                               By:   MICHELE BECKWITH
                                        Assistant U.S. Attorney

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for September 3, 2010, be continued to September 10, 2010 at 9:00 a.m.  Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defendant reasonable time necessary for effective preparation,

1  taking into account the exercise of due diligence.  The Court finds that
2  the ends of justice to be served by granting a continuance outweigh the
3  best interests of the public and the defendant in a speedy trial.  It is
4  ordered that time from the date of this Order, to and including, the
5  September 10, 2010 status conference shall be excluded from computation
6  of time within which the trial of this matter must be commenced under the
7  Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code
8  T-4, to allow defense counsel time to prepare.

Dated:  September 2, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge